UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CALVIN C. OWENS, *et al*,   )
    v.   )
        )   No. 1:07-cv-01206(EGS)
        )
DISTRICT OF COLUMBIA, *et al*.   )
        )

**CONSENT MOTION OF DEFENDANTS FOR EXTENSION OF TIME IN WHICH TO MOVE OR ANSWER PLAINTIFFS' COMPLAINT**

    Defendants respectfully move for an extension of time to and including August 29, 2007, in which to move or answer plaintiffs' complaint.

    Counsel for plaintiffs has consented to the grant of this motion.

The reasons for grant of the motion include:

1. The parties have initiated discussions looking toward a resolution of this case.  The extension will enable them to concentrate on the settlement track in the next several weeks without having to litigate simultaneously and will relieve the parties and the Court of the burden of having to deal at the same time with litigation issues as well as resolution of the case.
2. Summer vacation schedules make it difficult to reach all persons necessary for preparation of proper pleadings under the present deadlines.

    A proposed order accompanies this motion.

POINTS AND AUTHORITIES

1

1. Rule 6(b) of the Federal Rules of Civil Procedure.

2. Rule 7(b) of this Court's Rules of Civil Procedure.

                                                Respectfully submitted,

                                                /s/_____

                                                **DANIEL A, REZNECK**

                                                **Assistant Attorney General**

                                                **For the District of Columbia**

                                                **441-4th St., N.W., Sixth Fl. So.**

                                                **Washington, D.C. 20001**

                                                **202-724-5691**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CALVIN C. OWENS** *et al*,  )
                              )
          v.                  )
                              )   No. 1:07-cv-01206(EGS)
                              )
**DISTRICT OF COLUMBIA** *et al*.  )
                              )
_____)

ORDER

Defendants having moved for an extension of time to and including August 29, 2007, in which to move or answer plaintiffs' complaint in the above-captioned case, and plainitffs having consented thereto, it is hereby ORDERED that:

1. The motion is granted.

2. Defendants' time in which to move or answer the complaint in this action is extended to and including August 29, 2007.


Dated: _____                    _____
                                         United States District Judge


Copies to:

Daniel A. Rezneck
Assistant Attorney General
For the District of Columbia
441-4th St., N.W., Sixth Floor South
Washington, D.C. 20001

Wendy L. Kahn

1

Zwerdling, Paul, Kahn and Wolly, P.C.
1025 Connecticut Avenue, N.W., Suite 712
Washington, D.C. 20005