IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**CHERYL JONES**, *et al.*,       )
                                  )
    **Plaintiffs**,              )
                                  )
  v.                              )   CIVIL ACTION NO. 1:07-cv-01206 (EGS)
                                  )
**DISTRICT OF COLUMBIA**, *et al.*, )
                                  )
    **Defendants.**              )
_____

**CONSENT MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFFS
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs Cheryl Jones, *et al.*, hereby move to enlarge the time for responding to Defendants' motion to dismiss the Complaint, and states the following in support thereof.

1.    Defendants filed a motion to dismiss the Complaint on August 27, 2007, pursuant to Rules 12(b)(1) and 12(b)(6).

2.    Plaintiffs' response to Defendants' motion to dismiss is due on Friday, September 7, 2007.

3.    Because the parties are actively pursuing settlement options, the court is requested to enlarge the time period in which Plaintiffs must respond to Defendants' motion to dismiss to and including October 29, 2007.

4.    Counsel for Defendants' has consented to this motion.

**Points and Authorities**

1.    Rule 6(b) of the Federal Rules of Civil Procedure.

WHEREFORE, the parties pray that this Court:

    A.    Enlarge the time for Plaintiffs to respond to Defendants' motion to dismiss to and including October 29, 2007; and

    B.    Grant such other additional relief as the Court deems just and proper.

Respectfully submitted,

**A proposed Order accompanies this motion.**

| | |
|---|---|
| /s/ Wendy L. Kahn | /s/ Daniel A. Rezneck |
| Wendy L. Kahn (D.C. Bar No. 183855) | Daniel A. Rezneck (D.C. Bar No. 31625) |
| Jeffrey W. Burritt (D.C. Bar No. 493812) | Assistant Attorney General |
| Zwerdling, Paul, Kahn & Wolly, P.C. | For the District of Columbia |
| 1025 Connecticut Ave., N.W., Suite 712 | 441 Fourth St., N.W., 6th Floor. So. |
| Washington, D.C. 20036 | Washington, D.C. 20001 |
| (202) 857-5000 | (202) 724-5691 |
| Attorneys for Plaintiffs | Attorney for Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**CHERYL JONES**, *et al.*,            )
                                       )
      **Plaintiffs,**       )
                                       )
  v.                                  )   CIVIL ACTION NO. 1:07-cv-01206 (EGS)
                                       )
**DISTRICT OF COLUMBIA**, *et al.*,    )
                                       )
      **Defendants.**       )
_____

### ORDER

Plaintiffs having moved for an enlargement of time to file its response to Defendants' motion to dismiss, and Defendants having consented thereto, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that Plaintiffs' time in which to respond to Defendants' motion to dismiss is enlarged to and including October 29, 2007.


Dated: _____        _____
                              United States District Court Judge

Copies to:

Wendy L. Kahn
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut Ave., N.W., Suite 712
Washington, D.C. 20036

Daniel A. Rezneck
Assistant Attorney General
For the District of Columbia
441 Fourth St., N.W., 6th Floor. So.
Washington, D.C. 20001