UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CHERYL JONES**, *et al*,

v.

**DISTRICT OF COLUMBIA**, *et al*.

No. 1:07-cv-01206(EGS)

**CONSENT MOTION OF DEFENDANTS FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendants respectfully move for an extension of time to and including October 29, 2007, in which to respond to plaintiffs' motion for class certification.

Counsel for plaintiffs has consented to the grant of this motion.

The reasons for grant of the motion include:

1. The parties are continuing discussions looking toward a resolution of this case. The extension will enable them to concentrate on the settlement track in the next few weeks without having to litigate simultaneously and will relieve the parties and the Court of the burden of having to deal at the same time with litigation issues as well as resolution of the case.

2. The parties agreed on an extension of time for the plaintiffs to respond to defendants' motion to dismiss the complaint until the same date, October 29, 2007, and the Court granted that extension. Grant of the present motion will allow the discussions to proceed and will also keep the briefing schedules on parallel tracks if it becomes necessary for the Court to resolve these motions.

1

3. Counsel for defendants returned to the office this week after a two week absence. Not surprisingly, a large number of matters accumulated during his absence which require his attention in addition to the settlement discussions and the pending class action motion in the present case. Grant of the present motion will enable him to give the settlement discussions and the class action motion the time and attention they deserve; they will also afford the Court the benefit of full and informed briefing on the question of certification if judicial resolution is required.

    A proposed order accompanies this motion.

## POINTS AND AUTHORITIES

1. Rule 6(b) of the Federal Rules of Civil Procedure.

2. Rule 7(b) of this Court's Rules of Civil Procedure.

    Respectfully submitted,

/s/_____

**DANIEL A, REZNECK**

**Assistant Attorney General**

**For the District of Columbia**

**441-4th St., N.W., Sixth Fl. So.**

**Washington, D.C. 20001**

**202-724-5691**

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**CHERYL JONES,** *et al,*
                                )
      **v.**                            )
                                )      No. 1:07-cv-01206(EGS)
                                )
**DISTRICT OF COLUMBIA** *et al*.     )
                                )
_____)

ORDER

Defendants having moved for an extension of time to and including October 29, 2007, in which to respond to plaintiffs' motion for class certification in the above-captioned case, and plaintiffs having consented thereto, it is hereby ORDERED that:

1. The motion is granted.

2. Defendants' time in which to respond to plaintiffs' motion for class certification in this action is extended to and including October 29, 2007.

Dated: _____                                      _____
                                                                  United States District Judge

Copies to:

Daniel A. Rezneck
Assistant Attorney General
For the District of Columbia
441-4th St., N.W., Sixth Floor South
Washington, D.C. 20001

Wendy L. Kahn

Zwerdling, Paul, Kahn and Wolly, P.C.
1025 Connecticut Avenue, N.W., Suite 712
Washington, D.C. 20005

2