UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHERYL JONES, *et al*,

    v.

DISTRICT OF COLUMBIA, *et al*.

No. 1:07-cv-01206(EGS)

**JOINT CONSENT MOTION OF PLAINTIFFS AND DEFENDANTS FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

    The parties respectfully move for an extension of time to and including December 4, 2007, for plaintiffs to respond to defendants' motion to dismiss and for defendants to respond to plaintiffs' motion for class certification.

    Counsel for all parties have consented to the grant of this motion. Both responses are presently due November 12, 2007.

The reasons for grant of the motion include:

1. The parties are continuing serious discussions looking toward a resolution of this case. The extension will enable them to concentrate on the settlement track in the next several weeks without having to litigate simultaneously and will relieve the parties and the Court of the burden of having to deal at the same time with litigation issues as well as resolution of the case.

2. The parties previously agreed on an extension of time for the plaintiffs to respond to defendants' motion to dismiss the complaint and for defendants to respond to the plaintiffs' motion for class certification until the same date, first to October 29, 2007, and then to November

1

12, 2007.  The Court granted those extensions.  Grant of the present motion will allow the settlement discussions to proceed and will also keep the briefing schedules on parallel tracks if it becomes necessary for the Court to resolve these motions.

A proposed order accompanies this motion.

POINTS AND AUTHORITIES

1. Rule 6(b) of the Federal Rules of Civil Procedure.

2. Rule 7(b) of this Court's Rules of Civil Procedure.

                Respectfully submitted,
/s/_____
WENDY L. KAHN
Zwerdling, Paul, Kahn & Wolly
1025 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 857-5000


/s/_____

**DANIEL A, REZNECK**

**Assistant Attorney General**

**For the District of Columbia**

**441-4th St., N.W., Sixth Fl. So.**

**Washington, D.C. 20001**

**(202)724-5691**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**CHERYL JONES,** *et al*,
                         )
     v.                        )
                         )     No. 1:07-cv-01206(EGS)
                         )
**DISTRICT OF COLUMBIA** *et al*.    )
                         )
_____)

ORDER

All parties by consent having moved for an extension of time to and including December 4 , 2007, for plaintiffs to respond to defendants' motion to dismiss the complaint and for defendants to respond to plaintiffs' motion for class certification in the above-captioned case, it is hereby ORDERED that:

1. The motion is granted.

2. Plaintiffs' time to respond to defendants' motion to dismiss the complaint and defendants' time to respond to plaintiffs' motion for class certification in this action is extended to and including December 4, 2007.


Dated:                                                  _____
                                                       United States District Judge

Copies to:

Daniel A. Rezneck
Assistant Attorney General
For the District of Columbia
441-4th St., N.W., Sixth Floor South
Washington, D.C. 20001

Wendy L. Kahn
Zwerdling, Paul, Kahn and Wolly, P.C.
1025 Connecticut Avenue, N.W., Suite 712
Washington, D.C. 20005