UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**CHERYL JONES**, *et al*,          )
                                    )
    v.                          )
                                    )    No. 1:07-cv-01206(EGS)
                                    )
**DISTRICT OF COLUMBIA**, *et al.*  )
                                    )
_____


**JOINT STATUS REPORT OF PLAINTIFFS AND DEFENDANTS**


    This report is submitted pursuant to this Court's March 18, 2008 Order directing the parties to describe the status of the litigation and set forth any recommendations the parties have for future proceedings.

    The parties are presently engaged in intensive settlement negotiations. We would like to have until Tuesday, May 6, 2008, three weeks from today, in which to continue those negotiations. At the end of that time, if we reach a settlement, it will of course be submitted to the Court for approval, since this is pleaded as a class action. If we cannot reach a settlement within that time frame, we will at that time propose a schedule to the Court for re-filing and re-briefing of the motions previously filed in this case and dismissed by the Court without prejudice to their re-filing.

    If the Court wishes a further report from us in person, we will be pleased to appear at any convenient time.


                                                         Respectfully submitted,
                                                         /s/_____
                                                         WENDY L. KAHN
                                                         Zwerdling, Paul, Kahn & Wolly

1025 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 857-5000


/s/_____

**DANIEL A, REZNECK**

**Assistant Attorney General**

**For the District of Columbia**

**441-4th St., N.W., Sixth Fl. So.**

**Washington, D.C. 20001**

**(202)724-5691**