UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHERYL JONES, *et al*,    )
                          )
        v.                )
                          )    No. 1:07-cv-01206(EGS)
                          )
DISTRICT OF COLUMBIA, *et al* .    )
                          )
                          )

**JOINT STATUS REPORT OF PLAINTIFFS AND DEFENDANTS**

This report is submitted pursuant to this Court's most recent Order directing the parties to describe the status of the litigation and set forth any recommendations they may have for future proceedings.

The parties currently are engaged in intensive settlement negotiations, based on sharing of new information. A new settlement proposal is being prepared by plaintiffs for presentation to defendants. In light of this development, the parties respectfully request until Monday, June 2, 2008, slightly more than three weeks from today, in which to continue those negotiations and report back to the Court. At the end of that time, if the parties reach a settlement, it will, of course, be submitted to the Court for approval, since this is pleaded as a putative class action. If the parties cannot reach a settlement within that time frame, they will propose a schedule to the Court for re-filing and re-briefing of the motions previously filed in this case and dismissed by the Court without prejudice to their re-filing.

If the Court wishes a further report from the parties in person, they will be pleased to appear at any convenient time.

Respectfully submitted,

/s/_____
WENDY L. KAHN
Zwerdling, Paul, Kahn & Wolly
1025 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 857-5000

Counsel for Plaintiffs

/s/_____
DANIEL A, REZNECK
Assistant Attorney General
For the District of Columbia
441-4th St., N.W., Sixth Fl. So.
Washington, D.C. 20001
(202)724-5691

Counsel for Defendants

2

If the Court wishes a further report from the parties in person, they will be pleased to appear at any convenient time.

Respectfully submitted,

/s/_____
WENDY L. KAHN
Zwerdling, Paul, Kahn & Wolly
1025 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 857-5000

Counsel for Plaintiffs

/s/_____
DANIEL A, REZNECK
Assistant Attorney General
For the District of Columbia
441-4th St., N.W., Sixth Fl. So.
Washington, D.C. 20001
(202)724-5691

Counsel for Defendants