UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CHERYL JONES**, *et al*,  )
        v.  )
          ) No. 1:07-cv-01206(EGS)
          )
**DISTRICT OF COLUMBIA**, *et al.*  )
          )

**JOINT STATUS REPORT OF PLAINTIFFS AND DEFENDANTS**

    This report is submitted pursuant to this Court's most recent Order directing the parties to describe the status of the litigation and set forth any recommendations the parties have for future proceedings.

    The parties are presently engaged in intensive settlement negotiations and have made substantial progress. Plaintiffs have presented a comprehensive written settlement proposal and defendants are currently studying it. We would like to have until Monday, June 23, 2008, three weeks from today, in which to continue those negotiations, which are complex because of the number of provisions involved. The additional time is also necessary because one of the undersigned counsel will be out of the country from June 3 until June 14. At the end of that time, if we have reached a settlement, it will of course be submitted to the Court for approval, since this is pleaded as a class action. If we cannot reach a settlement within that time frame, we will at that time propose a schedule to the Court for further proceedings.

1

Respectfully submitted,

/s/_____

WENDY L. KAHN

Zwerdling, Paul, Kahn & Wolly

1025 Connecticut Ave., N.W.

Washington, D.C. 20036

(202) 857-5000

/s/_____

DANIEL A, REZNECK

Assistant Attorney General

For the District of Columbia

441-4[th] St., N.W., Sixth Fl. So.

Washington, D.C. 20001

(202)724-5691

Case 1:07-cv-01206-EGS    Document 13    Filed 06/02/2008    Page 2 of 3