UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CHERYL JONES**, *et al*,   )
       v.   )
          )     No. 1:07-cv-01206(EGS)
          )
**DISTRICT OF COLUMBIA**, *et al.*   )
          )

**JOINT STATUS REPORT OF PLAINTIFFS AND DEFENDANTS**

    This report is submitted pursuant to this Court's most recent Order directing the parties to describe the status of the litigation and set forth any recommendations the parties have for future proceedings.

    The parties are presently engaged in intensive settlement negotiations and have made substantial progress.  Plaintiffs have presented a comprehensive settlement proposal and defendants have responded to it. Agreement has been reached on major elements of a settlement, although there is still no agreement on several major points. We would like to have until Monday, June 30, 2008, in which to continue those negotiations, which are complex because of the number of provisions involved, to see whether settlement is possible.

    At the end of the period of negotiations, if we have reached a settlement, it will of course be submitted to the Court for approval, since this is pleaded as a class action.  If we cannot reach a settlement within that time frame, we will at that time propose a schedule to the Court for further proceedings.

Respectfully submitted,
/s/_____
WENDY L. KAHN
Zwerdling, Paul, Kahn & Wolly
1025 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 857-5000


/s/_____

**DANIEL A, REZNECK**

**Assistant Attorney General**

**For the District of Columbia**

**441-4th St., N.W., Sixth Fl. So.**

**Washington, D.C. 20001**

**(202)724-5691**