UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHERYL JONES, *et al*,

    v.

DISTRICT OF COLUMBIA, *et al.*

No. 1:07-cv-01206(EGS)

**JOINT STATUS REPORT OF PLAINTIFFS AND DEFENDANTS**

    This report is submitted pursuant to this Court's most recent Order directing the parties to describe the status of the litigation and set forth any recommendations the parties have for future proceedings.

    The parties have engaged in intensive settlement negotiations, but have not reached a settlement. Although we intend to continue negotiations, we believe that the case should be put back on a litigation track. Accordingly, we have agreed on the following motions schedule:

1. Plaintiffs to file their renewed motion for class certification and defendants their renewed motion to dismiss by August 15, 2008.

2. The parties to file their oppositions to these motions by August 29, 2008.

3. The parties to file their reply memoranda in support of their motions by September 8, 2008.

    If we do reach a settlement, it will of course be submitted to the Court for approval, since this is pleaded as a class action.

Respectfully submitted,

/s/_____
WENDY L. KAHN
Zwerdling, Paul, Kahn & Wolly
1025 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 857-5000


/s/_____
**DANIEL A, REZNECK**
**Assistant Attorney General**
**For the District of Columbia**
**441-4th St., N.W., Sixth Fl. So.**
**Washington, D.C. 20001**
**(202)724-5691**