REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE L

Co 299 (Revised-DC 03/00)

CAUSE OF ACTION:

| CASE NO: | DATE REFERRED: | PURPOSE: | JUDGE: | MAG. JUDGE |
|---|---|---|---|---|
| 07-1206 | 8/15/08 | MEDIATION | EMMET G. SULLIVN | ALAN KAY |
|  | DISPOSITION DATE: |  |  |  |

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| CHERYL JONES, et al | DISTRICT OF COLUMBIA, e al |

ENTRIES: